# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Rowena Tabliago, et al. | FILED COPY: MAY 9, 2008 |
| | 08CV2688   EDA |
| v. | JUDGE HIBBLER |
| Michael Chertoff, et al. | MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rowena Tabliago
Nelson Tabliago
Nikko Rowe Tabliago

| | |
|---|---|
| **NAME (Type or print)** <br> Kevin A. Raica | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Kevin A. Raica | |
| **FIRM** <br> AzulaySeiden Law Group | |
| **STREET ADDRESS** <br> 205 N. Michigan Avenue, 40th Floor | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** <br> 312.832.9200 x160 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |